UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tally Display Corp.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

1:18 Civ. 07445 ( ) ( )

- against -

**AFFIRMATION OF SERVICE**

Starlite Media LLC

*(List the name(s) of the defendant(s)/respondent(s).)*

I, (print your name) Matthew O'Connor, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Summons, complaint, and a notice of the law firm's change of address

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) hand delivery to the following persons (list the names and addresses of the people you served): Ian Hopeland at 118 East 28th Street, New York, NY, 10016, Suite 601

on (date you served the document(s)) September 26, 2018.

9/26/2018
Dated

Signature: Matthew O'Cxxx
Address: 450 7th Avenue, Suite 1408
City, State: New York, NY
Zip: 10123
Telephone Number: 212-202-40 212-258-0685
E-Mail Address: matthew.o@gmail.com

BRITTANY SLOANE WEINER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WE6255634
Qualified in New York County
My Commission Expires February 06, 2016

Rev. 01/2013