UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALLY DISPLAY CORP.

Plaintiff,                                                    Index No.  18-CV-7445 (PAE)

     v.                                              **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)**

SAMSUNG SDS AMERICA INC.,
STARLITE MEDIA LLC, and JOHN DOE

Defendants

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A), Plaintiff Tally Display Corporation, by and through its attorneys, Jones Law Firm, P.C., hereby gives notice that the above-captioned matter is voluntarily dismissed, without prejudice against Defendants Samsung SDS America Inc., Starlite Media LLC, and one or more John Doe defendants.

Date:   December 5, 2018

    /s/ Bryce Jones
    T. Bryce Jones
    **Jones Law Firm, P.C.**
    450 Seventh Avenue, Suite 1408
    New York, New York 10123
    (212) 258-0685
    bryce@joneslawnyc.com
    *Counsel for Plaintiff*